*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


October 11, 2013

No. 04-13-00608-CV

SMITH-REAGAN & ASSOCIATES, INC. D/B/A SMITH-REAGAN INSURANCE AGENCY,
Appellant

v.

FORT RINGGOLD LIMITED, PETE DIAZ III, AARON DIAZ AND MONICA AGUILLON,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

# ORDER

After reviewing the parties' addendums to the Civil Docketing Statement in the above-numbered and styled appeal, this court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by **October 25, 2013,** stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on October 9, 2013.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on October 9, 2013.

_____
Keith E. Hottle, Clerk